IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01622-KMT

NASER ABDO,

    Plaintiff,

v.

UNITED STATES,

    Defendants.

## JOINT MOTION FOR ADMINISTRATIVE CLOSURE

Pursuant to Rules 7.1 and 41.2 of the Local Rules of Practice of the United States District Court for the District of Colorado – Civil, the parties jointly move for an Order administratively closing this case, and in support thereof state as follows:

The parties have now reached an agreement in principle to settle the case. A proposed Settlement Agreement has been prepared and reviewed by the parties. Several logistical issues remain to be addressed. The parties believe those issues can be addressed within 90 days of the date of this filing.

The parties agree that, under the circumstances, it is appropriate for them to focus their attention on these final, critical steps of the settlement process. Accordingly, the parties respectfully request that the Court administratively close this case to allow settlement to be completed. The parties submit that it is in the interests of justice and judicial economy to administratively close the case at this time.

Within 90 days, the parties anticipate filing a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  If the case is not settled, which the parties do not anticipate, they will immediately and jointly move to reopen the case for good cause.  *See* D.C.COLO.LCivR 41.2 (the court "may order the clerk to close a civil action administratively subject to reopening for good cause").  The United States will provide status reports of the progress toward completion of settlement at the Court's direction.

WHEREFORE, for the foregoing reasons, the parties respectfully request that the Court enter an Order administratively closing the case.

Respectfully submitted on July 29, 2020.

| | |
|---|---|
| PLAINTIFF NASER JASON ABDO | JASON R. DUNN<br>UNITED STATES ATTORNEY |
| /s/ *Naser Jason Abdo*<br>Naser Jason Abdo[1]<br>Reg. No. 80882-280<br>ADX – Florence<br>P.O. Box 8500<br>Florence, CO  81226 | /s/ *Susan Prose*<br>Susan Prose<br>Assistant United States Attorney<br>1801 California St., Suite 1600<br>Denver, Colorado 80202<br>Tel: (303) 454-0100<br>Fax: (303) 454-0411<br>Email: susan.prose@usdoj.gov<br><br>Attorney for Defendants |

---

[1] Mr. Abdo has authorized undersigned counsel to add his electronic signature to this document.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)**

  I hereby certify that on July 29, 2020, I directed that personnel in the United States Attorney's Office serve the foregoing document on the following non-CM/ECF participant in the manner indicated:

Naser Abdo (U.S. mail)
Reg. No. 80882-280
ADX – Florence
P.O. Box 8500
Florence, CO  81226

  I further certify that on July 29, 2020, I sent the foregoing document to the following representative of the United States by email:

  Ian Guy, Esq. (BOP attorney)


                s/ *Susan Prose*
                Susan Prose
                United States Attorney's Office